**STATE of Missouri, Respondent,**

v.

**Tiwana DONAHUE, Appellant.**

**No. WD 38078.**

Missouri Court of Appeals,
Western District.

Dec. 2, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied
March 17, 1987.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, second degree.

Judgment affirmed. Rule 30.25(b).